IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL GAINES, JR., <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC, <br><br> Defendants. | Case No. 1:18-cv-05349 <br><br> Honorable Charles R. Norgle, Sr. <br><br> Honorable M. David Weisman <br> Magistrate Judge |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, SAMUEL GAINES, JR., hereby gives notice that Defendant, JPMORGAN CHASE BANK, N.A., is voluntarily dismissed from this action, with prejudice.

Dated: October 25, 2018

Respectively submitted,

/s/ Joseph Scott Davidson

Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148

*Counsel for JPMorgan Chase Bank, N.A.*