## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SAMUEL GAINES, JR., <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION LLC, <br><br> Defendants. | Case No. 1:18-cv-05349 <br><br> Honorable Charles R. Norgle, Sr. |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal With Prejudice of this Action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| DATED: March 11, 2019 | Respectfully submitted, |
| */s/ Joseph S. Davidson* | */s/ Sandra Davis Jansen* |
| Joseph S. Davidson <br> Mohammed O. Badwan <br> SULAIMAN LAW GROUP, LTD. <br> 2500 South Highland Avenue <br> Suite 200 <br> Lombard, Illinois 60148 <br> +1 630-575-8181 <br> jdavidson@sulaimanlaw.com <br> mbadwan@sulaimanlaw.com <br><br> *Counsel for Samuel Gaines, Jr.* | Erik J. Jones <br> Sandra Davis Jansen <br> SCHUCKIT & ASSOCIATES, P.C. <br> 4545 Northwestern Drive <br> Zionsville, Indiana 46077 <br> +1 317-363-2400 <br> ejones@schuckitlaw.com <br> sjansen@schuckitlaw.com <br><br> *Counsel for TransUnion LLC* |

1